# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **06 - CV - 02093 - BNB**

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

GREGORY D. ALBRIGHT, and
BRANDON WHITFORD,

      Plaintiffs,

v.

THE STATE OF COLORADO,
THE OFFICE OF THE GOVERNOR,
THE OFFICE OF THE COLORADO ATTORNEY GENERAL,
COLORADO DEPARTMENT OF CORRECTIONS,
CDOC, Division of Parole,
COLO. BOARD OF PAROLE,
BILL OWENS, Governor,
JOHN W. SUTHERS, Atty. Gen.,
JOSEPH ORTIZ, Exec. Dir.,
JEANEENE MILLER, Dir.,
ALLAN F. STANLEY,
CURTIS W. DEVAN,
DEBORAH ALLEN,
JOHN B. ROSEN,
MATHEW J. RHODES,
VERNE R. SAINT VINCENT, and
LESLEE V. WAGGNER,

      Defendants.

FILED
UNITED STATES DISTRICT COURT
COLORADO

OCT 2 0 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFFS TO CURE DEFICIENCY

---

Plaintiffs Gregory D. Albright and Brandon Whitford have submitted a Prisoner

Complaint, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915, a Petition for Service of Summons and Complaint, and a Motion to Add

Exhibits to Civil Rights Complaint.  Plaintiff Albright also has submitted a document

titled "Affidavit" and a document titled "Stipulations for the Record of the Capacity of Lay

Advocate."  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court

has determined that the documents are deficient as described in this order.

Notwithstanding the deficiencies, the clerk of the court will be directed to commence a

civil action.  Plaintiffs will be directed to cure the following if they wish to pursue their

claims.  Any papers that Plaintiffs file in response to this order must include the civil

action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)    __    is not submitted
(2)    __    is missing affidavit
(3)    xx    is missing certified copy of prisoner's trust fund statement for the 6-month
             period immediately preceding this filing (<u>Plaintiff Whitford has not
             submitted an account statement</u>)
(4)    __    is missing required financial information
(5)    __    is missing an original signature by the prisoner
(6)    __    is not on proper form (must use the court's current form)
(7)    __    names in caption do not match names in caption of complaint, petition or
             habeas application
(8)    __    An original and a copy have not been received by the court.
             Only an original has been received.
(9)    __    other: _____

**Complaint, Petition or Application:**
(10)   __    is not submitted
(11)   __    is not on proper form (must use the court's current form)
(12)   __    is missing an original signature by the prisoner
(13)   __    is missing page nos. ___
(14)   __    uses et al. instead of listing all parties in caption
(15)   __    An original and a copy have not been received by the court.  Only an
             original has been received.
(16)   __    Sufficient copies to serve each defendant/respondent have not been
             received by the court.
(17)   __    names in caption do not match names in text
(18)   __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that Plaintiffs cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers that Plaintiffs file in

response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that, if Plaintiffs fail to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _19th_ day of _October_____, 2006.

BY THE COURT:


BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 06 - CV - 02093-BNB

Gregory D. Albright
Reg. No. 95774
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Brandon Whitford
Reg. No. 122120
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _10/20/06_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk