IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 8 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-02093-BNB

GREGORY D. ALBRIGHT, and
BRANDON WHITFORD,

    Plaintiffs,

v.

THE STATE OF COLORADO,
THE OFFICE OF THE GOVERNOR,
THE OFFICE OF THE COLORADO ATTORNEY GENERAL,
COLORADO DEPARTMENT OF CORRECTIONS,
CDOC DIVISION OF PAROLE,
COLO. BOARD OF PAROLE,
BILL OWENS, Governor,
JOHN W. SUTHERS, Atty. Gen.,
JOSEPH ORTIZ, Exec. Dir.,
JEANEENE MILLER, Dir.,
ALLAN F. STANLEY,
CURTIS W. DEVAN,
DEBORAH ALLEN,
JOHN B. ROSEN,
MATHEW J. RHODES,
VERNE R. SAINT VINCENT, and
LESLEE V. WAGGNER,

    Defendants.

## ORDER TO DISMISS PLAINTIFF BRANDON WHITFORD

Plaintiff Gregory D. Albright initiated this action by filing *pro se* a Prisoner Complaint naming himself and Brandon Whitford as Plaintiffs. On November 16, 2006, Magistrate Judge Boyd N. Boland ordered Mr. Whitford to cure certain deficiencies if he wished to proceed as a Plaintiff in this action. Specifically, Magistrate Judge Boland ordered Mr. Whitford either to pay the entire $350.00 filing fee or to file a motion

seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Whitford was warned that he would be dismissed as a party to this action if he failed either to pay the entire filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* within thirty days. On November 30, 2006, Mr. Albright filed a Motion to Sever Plaintiffs.

Mr. Whitford has failed either to pay the entire filing fee or to file a motion seeking leave to proceed *in forma pauperis* in this action and he has failed to respond in any way to Magistrate Judge Boland's November 16 order. Therefore, Mr. Whitford will be dismissed as a party to this action. Mr. Albright's Motion to Sever Plaintiffs will be denied as moot. Accordingly, it is

ORDERED that Plaintiff Brandon Whitford is dismissed without prejudice as a party to this action because he failed either to pay the entire filing fee or to file a motion seeking leave to proceed *in forma pauperis*. It is

FURTHER ORDERED that Plaintiff Albright's Motion to Sever Plaintiffs filed on November 30, 2006, is denied as moot.

DATED at Denver, Colorado, this 17 day of Jan., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02093- BNB

Gregory Dean Albright
Prisoner No. 95774
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Brandon Whitford
3207 Tucson Street
Aurora, CO 80011

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on ___1-18-07___

GREGORY C. LANGHAM, CLERK

By _____
       Deputy Clerk